## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ASHTON SMITH, #619752,                )
                    Plaintiff,          )
                                        )          No. 1:19-cv-402
v.                                      )
                                        )          Honorable Paul L. Maloney
JOHN DAVIDS, ET AL.,                    )
                    Defendants.         )
                                        )

### JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of

the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  <u>September 29, 2021</u>                    <u>/s/ Paul L. Maloney</u>
                                                      Paul L. Maloney
                                                      United States District Judge